# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Nichole Renee Whitworth**

        Plaintiff

vs.                          **CASE NUMBER: 5:21-cv-1137 (TJM/DJS)**

**Commissioner of Social Security**

        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the ALJ will provide Plaintiff the opportunity for a new hearing, re-evaluate the medical opinions in the record, re-determine Plaintiff's residual functional capacity, and issue a new decision.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 24th day of May, 2022.

DATED: May 24, 2022

                                             *[signature]*
                                             Clerk of Court

                                             s/Kathy Rogers
                                             Deputy Clerk